# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALBERTO DIAZ PINEDA, an individual,,<br><br>Petitioner,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | No.  1:23-CV-01619-NODJ-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE THE CASE**<br><br>(Doc. 11) |

On January 4, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 11).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 5, 2024**             /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE